# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SHAMEKA WILLIAMS                                                       PLAINTIFF
*on behalf of J.M.W.*

v.                                3:17CV00254-JLH

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                   DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that the final decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

DATED this 12th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE